UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY HAYGOOD, | : | CIVIL ACTION NO. |
| Petitioner, | : | 3:06-CV-1569 (JCH) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | DECEMBER 27, 2011 |
| Respondent. | : | |

**RULING RE: PLAINTIFF'S MOTION TO DISCLOSE FRAUD UPON THE COURT**
**(Doc. No. 14)**

I.   INTRODUCTION

On November 28, 2011, petitioner, Johnny Haygood, filed a Motion to Disclose Fraud upon the Court.  See  Doc. No. 14.  This Motion follows the court's ruling on January 23, 2007, denying Haygood's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255.  See Doc. No. 5.  The court's January 2007 Ruling was upheld on appeal by the Court of Appeals for the Second Circuit.  See Doc. No. 12.

In his latest Motion, Haygood makes wild accusations of fraud upon the court, perpetrated by the Assistant United States Attorney in conjunction with members of the Bridgeport Police Department.  In support of his Motion, Haygood attaches several police reports, as well as some excerpts of testimony.  The court finds that these exhibits provide no basis to support Haygood's accusations.  As a result, Haygood's Motion (Doc. No. 14) is **denied**.

1

In addition, Haygood's Motion requests that the court schedule an evidentiary hearing. Haygood's assertions regarding the reasons for this hearing lack foundation. Consequently, this request is **denied**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of December, 2011.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge